**SEALED**

**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

08 NOV -6 PM 2: 28

CLERK...
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

BOLIVAR CIFUENTES-VALENCIA,
a/k/a "Don Boli"

Case No. 8:08-cr-491-T-33 MAP
11-3612-O'Sullivan

21 U.S.C. § 959 and 963
46 U.S.C. § 70503(a), and
70506(a) and (b)
21 U.S.C. § 853 and 970
(Forfeiture)
46 App. U.S.C. §70507
(Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendant,

BOLIVAR CIFUENTES-VALENCIA,
a/k/a "Don Boli",

did knowingly and willfully combine, conspire and agree with other persons whose names are known and unknown to the Grand Jury to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

All in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing thereafter up to and including the date of this Indictment, in the Middle District of Florida and elsewhere, the defendant,

**BOLIVAR CIFUENTES-VALENCIA,**
a/k/a "Don Boli",

did knowingly and willfully combine, conspire and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b) and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 970, Title 21, United States Code, Section 853, Title 46 Appendix, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. From his engagement in any and all of the violations alleged in Count One and Two of this Indictment, punishable by imprisonment for more than one year, which count is realleged and incorporated as if fully set forth herein, the defendant,

**BOLIVAR CIFUENTES-VALENCIA,**
a/k/a "Don Boli",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 970, incorporating the provisions of Title 21, United States Code, Section 853(a)(1) and (2), all of his interests in:

    a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

    b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

I certify the foregoing to be a true and correct copy of the original.
STEVEN L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

N:\JRuddy\Cifuentes-Valencia\p_Indictment.BFV.wpd

4

**BOND RECOMMENDATION:** Detention

AO 442 (Rev. 3/86) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RECEIVED U.S. MARSHAL
2008 NOV -6 PM 5:17

SEAL

11-3612-O'Sullivan

UNITED STATES OF AMERICA
TAMPA

v.

BOLIVAR CIFUENTES-VALENCIA
a/k/a Don Boli

**WARRANT FOR ARREST**

CASE NUMBER: 8:08-CR-497

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BOLIVAR CIFUENTES-VALENCIA a/k/a Don Boli
and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation

charging him with conspiracy to manufacture and distribute cocaine, knowing and intending it to be imported into the United States in violation of 21 U.S.C. § 959 and 963, and conspiracy to possess with intent to distribute cocaine while onboard vessels subject to the jurisdiction of the United States in violation of 46 Appendix U.S.C. § 70503(a) and 70506(a) and (b).

| Sheryl L. Loesch | Clerk, United States District Court |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| Signature of Issuing Officer (By) Deputy Clerk | Nov. 6, 2008 at Tampa<br>Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |